UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SUH,<br><br>         Petitioner,<br><br>  -against-<br><br>DEPT. OF JUSTICE,<br><br>         Respondent. | 22-cv-7730 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 13, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 13, 2022
     New York, New York

                  /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge